IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

MANETIROWNY CLERVRAIN, et al.,  *
                                *
    Plaintiffs,                 *
                                *
v.                              *     CV 322-030
                                *
ELIZABETH L. FITE, et al.,      *
                                *
    Defendants.                 *

_____

ORDER
_____

On April 4, 2022, Plaintiff Manetirony Clervrain filed eight motions in two closed cases in this district: Clervrain v. Stone, Case No. 3:18-CV-28 (S.D. Ga. Apr. 17, 2018) (Bowen, J., presiding), and Clervrain v. Johns, Case No. 5:18-CV-38 (S.D. Ga. Apr. 27, 2018) (Wood, J., presiding). The undersigned judge and the Honorable Lisa Godbey Wood respectively denied the motions as wholly without merit and instructed the Clerk of Court not to accept any other filings in either case absent a prescreening by the United States Magistrate Judge.[1] On the same day, April 4, 2022, Plaintiff initiated the captioned lawsuit by filing a thirteen-page complaint on a Form Pro Se Complaint for Non-

---

[1] The Court also notes that the Honorable J. Randal Hall, Chief Judge, dismissed another of Plaintiff's cases earlier this year only three days after it was filed because of its vexatious and incomprehensible nature. See Clervrain v. Shafer, Case No. 1:22-CV-01 (S.D. Ga. Jan. 3, 2022).

Prisoners and five motions, two of which include over 80 pages of gibberish. Three of the filings, including the complaint, are unsigned. Plaintiff did not pay the filing fee or file a motion to proceed *in forma pauperis*.

The Clerk of Court sent two Deficiency Notices to Plaintiff. The first warned that if Plaintiff did not pay the filing fee or file a motion to proceed *in forma pauperis* within 21 days, the complaint would be dismissed. The second warned that if Plaintiff did not sign the signature pages of the three unsigned filings, including the complaint, within 14 days, the filings would be dismissed. Both deadlines passed weeks ago and Plaintiff has not filed anything more in the case. Thus, the case is subject to immediate dismissal.

As to the substance of Plaintiff's complaint, he lists twelve co-plaintiffs, none of whom signed the complaint. He lists 69 defendants in the case caption without any identifying information. He does identify the leading four defendants in the Parties section of the complaint as the President of the State Bar of Georgia, the President-Elect of the Georgia Department of Education, the Treasurer of the State Bar of Georgia, and the Secretary of the State Bar of Georgia. There is no discernible claim for relief therein. Rather, in every filing including the complaint, absolute nonsense predominates.

The Court has said this about Plaintiff before: "Plaintiff will not relent in these filings because it costs him nothing; meanwhile, the Court is wasting its resources in docketing, considering, and resolving Plaintiff's frivolous motions." See Clervrain v. Samuel, Case No. 3:14-CV-107 (S.D. Ga. Sept. 26, 2014), Doc. No. 43. The Court will waste no more time with this case. Because Plaintiff has not complied with the directives of the Clerk of Court and the Federal Rules of Civil Procedure, and because the Court cannot discern any requested relief in any of his filings that could be supported by law or fact, the instant complaint is **DISMISSED** and the case stands **CLOSED**. The Clerk shall **TERMINATE** all pending motions.

Plaintiff is forewarned that he is quite close from being deemed an abusive and serial filer, at which time he will be permanently enjoined from filing any pleading in the United States District Court for the Southern District of Georgia without the Court's prior authorization in writing.

**ORDER ENTERED** at Augusta, Georgia, this 10th day of May, 2022.

_____
UNITED STATES DISTRICT JUDGE